

NUMBER 13-13-00507-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                Appellant,

v.

JOSE RUIZ,                                                              Appellee.

On appeal from the 25th District Court
of Gonzales County, Texas

# O R D E R

**Before Chief Justice Valdez, and Justices Benavides, and Hinojosa
Order Per Curiam**

Appellee's counsel, Mark Symms, has filed a motion requesting to withdraw as counsel. According to his motion to withdraw, good cause exists for him to withdraw because he has taken a position outside of the area and no longer practices criminal law.

Adequate reason for the discharge of counsel and appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.ΒHouston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of substitute counsel may be necessary, an appellate court, when faced with a motion to withdraw, should abate the proceeding to the trial court for determination of this issue. Accordingly, counsel's motion to withdraw is CARRIED WITH THE CASE. We ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellee's court-appointed attorney should remain as appellee's counsel; and, if not, whether appellee is entitled to new appointed counsel. If the trial court determines that there is no reason to discharge appellee's current appointed attorney and appoint substitute counsel, the court shall enter an order to that effect. If the trial court determines that new counsel should be appointed, the name, address, telephone number, email address, and state bar number of newly appointed counsel shall be included in the order appointing counsel. The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2.

Delivered and filed the
28th day of February, 2017.